[No. 10025–4–I. Division One. May 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
A. WITKOWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–04054–7, Robert E. Dixon, J., entered
February 17, 1981. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 9491–2–I. Division One. May 3, 1982.]

DICK STRAND, *Appellant,* v. C. THOMAS MOSER,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 42005, Harry A. Follman, J., entered October
29, 1980. *Reversed* and *remanded* by unpublished opinion
per Swanson, J., concurred in by James and Callow, JJ.

[No. 9551–0–I. Division One. May 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK
HERBERT LARSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02204–7, Gerard M. Shellan, J., entered
October 14, 1980. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Durham, A.C.J., and Swanson,
J.

[No. 9549–8–I. Division One. May 3, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KATSUTOSHI
HIGA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02755–3, William C. Goodloe, J., entered
November 19, 1980. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Callow and Durham, JJ.